THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SCHEER, Relator, against BLAKELY R. WEBSTER, as Director of Danne- mora State Hospital, et al., Respondents.

Submitted January 2, 1945; decided January 11, 1945.

*John Scheer,* in person, for motion.
*Frank S. Hogan, District Attorney,* opposed.

Motion denied on the ground that no appeal can be taken to this court.

ARC ENGINEERING CORPORATION, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

Submitted January 2, 1945; decided January 11, 1945.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 819.]